**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

**WISCONSIN SHEET METAL WORKERS HEALTH
AND BENEFIT FUND, MILWAUKEE AREA SHEET
METAL JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, WISCONSIN SHEET METAL
WORKERS LOCAL 18 RETIREMENT FUND and
PATRICK LANDGRAF (in his capacity as Trustee),**

**SHEET METAL WORKERS UNION, LOCAL 18,**

**SHEET METAL WORKERS NATIONAL PENSION
FUND, SHEET METAL OCCUPATIONAL HEALTH
INSTITUTE TRUST FUND, NATIONAL ENERGY
MANAGEMENT INSTITUTE COMMITTEE,
NATIONAL TRAINING FUND FOR THE SHEET
METAL AND AIR CONDITIONING INDUSTRY,
NATIONAL STABILIZATION AGREEMENT OF
THE SHEET METAL INDUSTRY TRUST FUND,
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION SCHOLARSHIP FUND and
BOARD OF TRUSTEES, SHEET METAL
WORKERS NATIONAL PENSION FUND,**

<strong>Plaintiffs,</strong>

    **v.**                        **Case No.   10-CV-794**

**MONROE MECHANICAL, LLC and
BRENDA JO BREAULT,**

<strong>Defendants.</strong>

---

**ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT BRENDA JO BREAULT**

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff Sheet Metal Workers Union, Local 18 recover from Defendant Brenda Jo Breault the sum of $645.80 together with post-judgment interest thereon at the rate that is provided by law.   Of this total judgment, $303.40 is due and owning jointly and severally with default judgment against defendant Monroe Mechanical, LLC also entered today.   Any amount Monroe Mechanical, LLC should pay on its judgment should be credited against the judgment here up to $303.40.

Dated at Madison, Wisconsin, this 16th day of March, 2011.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 16th day of March, 2011.

_____
U. S. District Court Judge