IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN SHEET METAL WORKERS HEALTH
AND BENEFIT FUND, MILWAUKEE AREA SHEET
METAL JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, WISCONSIN SHEET METAL
WORKERS LOCAL 18 RETIREMENT FUND and
PATRICK LANDGRAF (in his capacity as Trustee),

SHEET METAL WORKERS UNION, LOCAL 18,

SHEET METAL WORKERS NATIONAL PENSION
FUND, SHEET METAL OCCUPATIONAL HEALTH
INSTITUTE TRUST FUND, NATIONAL ENERGY
MANAGEMENT INSTITUTE COMMITTEE,
NATIONAL TRAINING FUND FOR THE SHEET
METAL AND AIR CONDITIONING INDUSTRY,
NATIONAL STABILIZATION AGREEMENT OF
THE SHEET METAL INDUSTRY TRUST FUND,
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION SCHOLARSHIP FUND and
BOARD OF TRUSTEES, SHEET METAL
WORKERS NATIONAL PENSION FUND,

                Plaintiffs,

v.                                Case No. 10-CV-794

MONROE MECHANICAL, LLC and
BRENDA JO BREAULT,

                Defendants.

---

ORDER FOR JUDGMENT
AS TO DEFENDANT MONROE MECHANICAL, LLC

---

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Monroe Mechanical, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Monroe Mechanical, LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, interest, liquidated damages, attorney fees, and costs.

4. The Court assesses the total damages to the Plaintiffs in the sum of $25,968.68.

5. Of this total judgment, $303.40 is due and owning jointly and severally with default judgment against defendant Brenda Jo Breault also entered today. Any amount Breault should pay on her judgment should be credited against the judgment here up to $303.40.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Sheet Metal Workers Health and Benefit Fund, Milwaukee Area Sheet Metal Journeymen and Apprenticeship Training Fund, Wisconsin Sheet Metal Workers Local 18 Retirement Fund, Patrick Landgraf, Sheet Metal Workers Union, Local 18, Sheet Metal Workers National Pension Fund, Sheet Metal Occupational Health Institute Trust Fund, National Energy Management Institute Committee, National Training Fund for the Sheet Metal and Air Conditioning Industry, National Stabilization Agreement of

the Sheet Metal Industry Trust Fund, Sheet Metal Workers International Association Scholarship Fund, and Board of Trustees, Sheet Metal Workers National Pension Fund, in the amount of $25,968.68 together with post-judgment interest at the rate allowed by law.

Entered this 16th day of March, 2011.

BY THE COURT

_____
U. S. District Court Judge